# Third District Court of Appeal

**State of Florida**

Opinion filed December 5, 2018.

_____

No. 3D14-776
Lower Tribunal No. 04-7903
_____

**Victor Guzman,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Dennis J. Murphy, Judge.

Carlos J. Martinez, Public Defender, and Robert Kalter, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Douglas J. Glaid, Senior Assistant Attorney General, for appellee.

Before SUAREZ, LAGOA, and SALTER, JJ.

PER CURIAM.

## ON REMAND FROM THE FLORIDA SUPREME COURT

This case has been remanded to us by the Florida Supreme Court following its decision in State v. Guzman, SC17-460, 2018 WL 6010728 (Fla. Nov. 16, 2018). That decision quashed our reversal of Guzman's convictions as barred by the statute of limitations for the offenses. See Guzman v. State, 211 So. 3d 204, 205 (Fla. 3d DCA 2016).

In accordance with the Supreme Court's opinion and pursuant to its mandate, we reinstate Guzman's convictions without prejudice to his raising the issue in a post-conviction relief motion. See State v. Guzman, 2018 WL 6010728, at *1 (Pariente, J., dissenting).